IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HOWARD BYFORD                                                                                              PLAINTIFF

v.                                              CASE NO. 5:20-CV-5156

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 23) from United States Magistrate Judge Christy D. Comstock. The Magistrate recommends that the Court grant Defendant's Motion to Remand (Doc. 21). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's Motion to Remand (Doc. 21) is GRANTED, and this case is REMANDED to the Commissioner for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this May 19, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE